IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01640-MSK-MJW

EIGHTH DISTRICT ELECTRICAL PENSION FUND and
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND,

Plaintiff(s),

v.

INET DESIGN TECHNOLOGIES, LLC,
KENNETH HOUSE, an individual, and
JUDITH DeHERRERA HOUSE, an individual,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Vacate Scheduling Conference (Docket No. 20) is granted, and the Scheduling Conference set for September 4, 2012, at 3:00 p.m. and the associated deadlines are VACATED.

It is further ORDERED that a Status Conference shall be held on November 1, 2012, at 10:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294. Defendant INET Design Technologies, LLC, is reminded that it can appear at that conference only through an attorney and not through a non-attorney corporate officer appearing pro se.

It is further ORDERED that the Clerk of Court shall send a copy of this Minute Order to defendant Judith DeHerrera House, in her capacity as Registered Agent for INET Design Technologies, LLC, and individually at 7525 Clay Street, Westminster, CO 80030, and to defendant Kenneth House at 13185 West Yale Place, Lakewood, CO 80228.

Date: August 30, 2012